United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONG YANG, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-5415 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

# ORDER

Before the Court is a pre-motion conference letter filed by Defendants requesting permission to file a motion to dismiss. (Dkt. 12). The Court concludes that a pre-motion conference is not necessary at this time. Plaintiffs may file an amended complaint **on or before October 13, 2026**. Defendants may file their motion to dismiss **within 14 days** of the date on which Plaintiffs file their amended complaint. If Plaintiffs do not amend their complaint before the October 13 deadline, then Defendants may file their motion to dismiss **on or before October 27, 2026**. Response and reply deadlines will fall according to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Texas.

Docket entry 12 is **TERMINATED**. The pre-motion conference currently scheduled for October 1, 2026 at 2:30 p.m. is **CANCELLED**.

SIGNED at Houston, Texas on September 28, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE